## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE MARSCHINO,** | : | **CIVIL ACTION** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **NO. 08-6054** |
| | : | |
| **RAYMOND J. SOBINA, et al.,** | : | |
| **Respondents** | : | |

## O R D E R

**STENGEL, J.**

**AND NOW**, this 25th day of June, 2009, upon careful and independent

consideration of the petition for writ of *habeas corpus*, and after review of the Report and

Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, it is hereby

ORDERED that:

1.      The Report and Recommendation is APPROVED and ADOPTED;

2.      The petition for writ of *habeas corpus* is DISMISSED;

3.      There is no probable cause to issue a certificate of appealability;

4.      The Clerk of the Court shall mark this case closed for statistical purposes.


BY THE COURT:


/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.